FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 2 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Case # 2:20-mj-00207
)
) DESIGNATION OF RETAINED COUNSEL
Michelle Dawn Brooks ) AND APPEARANCE PRAECIPE
)
Defendant. )

The undersigned defendant hereby appoints David R. Fischer, Esq. to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: March 12, 2020

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: March 12, 2020

_____
Attorney's signature

David R. Fischer
Nevada State Bar # 10348

Law Office of David R. Fischer
400 S 4th Street
Suite 500
Las Vegas NV 89101
Telephone: (702) 547-3944